### JANET JAYKUS *v.* JOSEPH JAYKUS
### (13443)

LANDAU, HEIMAN and SCHALLER, Js.

Submitted on briefs February 17—decision released March 21, 1995

*Edward Kanowitz* filed a brief for the appellant (plaintiff).

*Joseph Jaykus,* pro se, the appellee (defendant), filed a brief.

PER CURIAM. The judgment is affirmed.